FILED

SEP 24 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANIEL OQUITA GUTIERREZ, | No. 13-16849 |
| Petitioner - Appellant, | D.C. No. 4:12-cv-00712-DTF |
| v. | |
| RICHARD A. BOCK; ATTORNEY GENERAL OF THE STATE OF ARIZONA; CHARLES L. RYAN, | MEMORANDUM[*] |
| Respondents - Appellees. | |

Appeal from the United States District Court
for the District of Arizona
D. Thomas Ferraro, Magistrate Judge, Presiding

Submitted September 16, 2015[**]
San Francisco, California

Before: CHRISTEN and FRIEDLAND, Circuit Judges and LEMELLE,[***] Senior
District Judge.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

[***]    The Honorable Ivan L.R. Lemelle, Senior District Judge for the U.S.
District Court for the Eastern District of Louisiana, sitting by designation.

After a shooting at a crowded party, an Arizona jury convicted Daniel Gutierrez on several counts of assault and one count of manslaughter. Gutierrez filed a petition for a writ of habeas corpus in state court alleging ineffective assistance of counsel. After that petition's denial and several unsuccessful appeals, Gutierrez filed a petition for a writ of habeas corpus in the district court. The district court dismissed the petition and Gutierrez appeals. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.[1]

Gutierrez argues his counsel's decision not to call Jose Baldenegro as a witness amounted to ineffective assistance. Gutierrez is not entitled to relief because the state court reasonably concluded that, even if counsel's performance was deficient, Gutierrez had not "show[n] that the deficient performance prejudiced the defense." *See Strickland v. Washington*, 466 U.S. 668, 687 (1984); 28 U.S.C. § 2254(d)(1). Gutierrez's DNA was on the gun used in the shooting and Baldenegro's account would have been contradicted by that of two other witnesses.

**AFFIRMED**

---

[1] The parties are familiar with the facts, so we will not recount them here.